UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  05-50308-BKC-
JEFFREY KERTZNUS
ESTHER KERTZNUS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $     .01  remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case.  Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice.  More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( )  The trustee has a balance of $    .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  APR 2 9 2011

                                              NANCY N. HERKERT
                                              CHAPTER 13 TRUSTEE

Copies to:

JEFFREY KERTZNUS
ESTHER KERTZNUS
1861 NE 210 ST
MIAMI, FL 33179

JORGE L. SUAREZ, ESQUIRE
3735 SW 8TH STREET
SUITE 101
CORAL GABLES, FL 33134

BELLSOUTH TELECOMMUNICATIONS
BELLSOUTH REGIONAL BKCY CENTER
301 W BAY STREET, RM 29EF1
JACKSONVILLE, FL 32202

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF FLORIDA


   IN RE:                              CASE NO.  05-50308-BKC-
   JEFFREY KERTZNUS
   ESTHER KERTZNUS


                                       CHAPTER 13


   JEFFREY KERTZNUS
   ESTHER KERTZNUS
   1861 NE 210 ST
   MIAMI, FL 33179


   JORGE L. SUAREZ, ESQUIRE
   3735 SW 8TH STREET
   SUITE 101
   CORAL GABLES, FL 33134

   BELLSOUTH TELECOMMUNICATIONS   ---------$          .01
   BELLSOUTH REGIONAL BKCY CENTER
   301 W BAY STREET, RM 29EF1
   JACKSONVILLE, FL 32202              UNDELIVERABLE/STALE
                                       CLAIM REGISTER# 8-1

   U.S. Trustee
   51 S.W. 1st Avenue
   Miami, Florida 33130
```